**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **U.S. Auto Finance, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **58-2059544** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **P.O. Box 1203**<br>**Lawrenceville, GA 30046**<br>Number, Street, City, State & ZIP Code | **P.O. Box 1433**<br>**Lawrenceville, GA 30046**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Gwinnett**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **U.S. Auto Finance, Inc.**                                          Case number *(if known)* _____
          Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

  __5222__

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

|  | District | _____ | When | _____ | Case number | _____ |
|  | District | _____ | When | _____ | Case number | _____ |

Debtor  **U.S. Auto Finance, Inc.**                                      Case number (*if known*) _____
        Name

**10. Are any bankruptcy cases**
   **pending or being filed by a**          ☐ No
   **business partner or an**                ☒ Yes.
   **affiliate of the debtor?**

List all cases. If more than 1,       Debtor   **See Attachment A**                    Relationship _____
attach a separate list

                                      District _____   When _____   Case number, if known _____

**11. Why is the case filed in**      *Check all that apply:*
    ***this district?***
                                      ☒   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                          preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                      ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**        ☒ No
    **have possession of any**         ☐ Yes.
    **real property or personal**               Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **property that needs**
    **immediate attention?**                    **Why does the property need immediate attention?** (*Check all that apply.*)

                                             ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                                What is the hazard? _____

                                             ☐ It needs to be physically secured or protected from the weather.

                                             ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                                livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
                                             ☐ Other

                                             **Where is the property?** _____
                                                                        Number, Street, City, State & ZIP Code

                                             **Is the property insured?**
                                             ☐ No
                                             ☐ Yes.   Insurance agency _____
                                                      Contact name    _____
                                                      Phone           _____

■ **Statistical and administrative information**

**13. Debtor's estimation of**        .   *Check one:*
    **available funds**
                                      ☐ Funds will be available for distribution to unsecured creditors.

                                      ☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**           ☒ 1-49              ☐ 1,000-5,000          ☐ 25,001-50,000
    **creditors**                     ☐ 50-99             ☐ 5001-10,000          ☐ 50,001-100,000
                                      ☐ 100-199           ☐ 10,001-25,000        ☐ More than100,000
                                      ☐ 200-999

**15. Estimated Assets**              ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                      ☐ $50,001 - $100,000        ☒ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
                                      ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                      ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor    **U.S. Auto Finance, Inc.**                                                        Case number (*if known*) _____
          Name

**16.   Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **U.S. Auto Finance, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **August 25, 2023**
                MM / DD / YYYY

**X** **/s/ Mark Houston**                              **Mark Houston**
Signature of authorized representative of debtor        Printed name

Title     **Chief Restructuring Officer**

**18. Signature of attorney**

**X** **/s/ G. David Dean**                    Date  **August 25, 2023**
Signature of attorney for debtor                    MM / DD / YYYY

**G. David Dean**
Printed name

**Cole Schotz P.C.**
Firm name

**500 Delaware Avenue**
**Suite 1410**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-652-3131**        Email address   **ddean@coleschotz.com**

**Bar No. 6403 DE**
Bar number and State

## ATTACHMENT A

## SCHEDULE OF DEBTORS

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 7 case) filed in this Court a petition for relief under chapter 7 of title 11 of the United States Code.

| | Debtors | Federal Employer Identification Number |
|---|---|---|
| 1. | U.S. Auto Sales, Inc. | 58-2012294 |
| 2. | U.S. Auto Finance, Inc. | 58-2059544 |
| 3. | U.S. Auto Receivables Financing, LLC | 84-3482297 |
| 4. | USASF LLC | 30-0868885 |
| 5. | USASF National Corp. | 47-3814652 |
| 6. | USASF Servicing LLC | 47-5615315 |

## U.S. AUTO FINANCE, INC.

### (Chapter 7 Bankruptcy Petition)

---

### WRITTEN CONSENT OF THE BOARD OF DIRECTORS

---

The undersigned, being all of the members of the Board of Directors of U.S. Auto Finance, Inc. (the "Company"), do hereby consent to and adopt the following resolutions as of the 6th day of June, 2023:

**WHEREAS,** in light of the Company's current financial condition, the Board of Directors has investigated, discussed and considered all options for addressing the Company's financial challenges and, after consultation with the Company's advisors, has concluded that it is in the best interests of the Company, its creditors, employees and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); now therefore be it

**RESOLVED,** that in the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company, its creditors, employees and other interested parties that a petition be filed by the Company seeking relief under the Bankruptcy Code; and it is further

**RESOLVED,** that Mark Houston, in his capacity as Chief Restructuring Officer of the Company, is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition under Chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware at such time as said officer executing the same shall determine; and it is further

**RESOLVED,** that the law firm of Cole Schotz P.C. is hereby employed as attorneys for the Company in the Chapter 7 case, subject to Bankruptcy Court approval; and it is further

**RESOLVED,** that the Company is hereby authorized to employ and engage such other legal, accounting, financial and restructuring firms as it deems necessary, proper or desirable in connection with the successful prosecution of the Chapter 7 case; and it is further

**RESOLVED,** that each officer of the Company, including the Chief Restructuring Officer, is hereby authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers and, in that connection, to employ and retain all assistance by legal counsel, accountants, financial advisors, liquidators and other professionals, and to take and perform any and all further acts and deeds they deem necessary, proper or desirable in connection with the successful prosecution of the Chapter 7 case; and it is further

**RESOLVED,** that each officer of the Company, including the Chief Restructuring Officer, is hereby authorized, empowered and directed, in the name and on behalf of the

Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, including without limitation, the amendment of any organizational, constitutional or similar documents of subsidiaries of the Company for the preservation of such entities and/or the value of the estate, and to take such action as in the judgment of such officer shall be or become necessary, proper and desirable to effectuate an orderly liquidation of the Company's assets; and it is further

**RESOLVED,** that the filing by the Company of a petition seeking relief under the provisions of the Bankruptcy Code shall not dissolve the Company; and it is further

**RESOLVED,** that any and all past actions heretofore taken by any officer or director of the Company in the name and on behalf of the Company in furtherance of any or all of the proceeding resolutions be, and the same hereby are, ratified, confirmed and approved; and it is further

**RESOLVED,** that this Written Consent shall serve in lieu of a special meeting of the Board of Directors of the Company and the undersigned hereby waives all requirements as to notice of a meeting; and it is further

**RESOLVED,** that this Written Consent may be executed in one or more counterparts, each of which shall be deemed an original, and all of which, taken together, shall constitute one and the same consent. Facsimile or electronic signatures or signatures via DocuSign shall be sufficient for the execution of this Written Consent.

[The remainder of this page is intentionally left blank.]

**IN WITNESS WHEREOF**, this Certificate of Written Consent of the Board of Directors of U.S. Auto Finance, Inc. is executed and delivered as of the date first above written.

**BOARD OF DIRECTORS:**

_____

Robert Andersen


_____

Christian Rudolph

# United States Bankruptcy Court
### District of Delaware

In re   **U.S. Auto Finance, Inc.**                            Case No.

Debtor(s)             Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **U.S. Auto Finance, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**USASF National Corp.**
**c/o The Corporation Trust Company**
**1209 Orange Street**
**Wilmington, DE 19801**

☐ None [*Check if applicable*]

**August 25, 2023**                    **/s/ G. David Dean**

Date                                  **G. David Dean**

                                           Signature of Attorney or Litigant

                                           Counsel for  **U.S. Auto Finance, Inc.**

                                           **Cole Schotz P.C.**

                                           **500 Delaware Avenue**
                                           **Suite 1410**
                                           **Wilmington, DE 19801**
                                           **302-652-3131 Fax:302-652-3117**
                                           **ddean@coleschotz.com**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

| | | |
|---|---|---|
| In re | **USASF LLC, U.S. Auto Sales, Inc., USASF National Corp., USASF** | Case No. |
| | **Servicing LLC, U.S. Auto Finance, Inc., U.S. Auto** Debtor(s) | Chapter **7** |
| | **Receivables Financing, LLC** | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---:|
    | For legal services, I have agreed to accept | $ | 360,552.84 |
    | Prior to the filing of this statement I have received | $ | 360,552.84 |
    | Balance Due | $ | 0.00 |

2.  $ **2,028.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  [Other provisions as needed]
        **The above-disclosed fees relate solely to pre-petition fees and expenses. For post-petition fees and expenses to be incurred, Cole Schotz has agreed to represent the Debtors through the conclusion of the 341 meetings, at its customary rates, and separately bill those amounts to the Debtors post-petition and apply those amounts to its remaining retainer. Cole Schotz's post-petition engagement excludes any adversary proceedings or other litigation that may be filed in the Chapter 7 cases.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtor after the conclusion of the meeting of creditors under section 341 of the Bankruptcy Code.**
        **Representation of the debtor in any adversary proceeding or other contested bankruptcy matter.**
        **The above amount includes all pre-petition fees and expenses (including the filing fees for these cases) of Cole Schotz on behalf of the Debtor and its affiliates. It does not include any post-petition fees and expenses, which will be separately billed and secured by the remaining portion of Cole Schotz's retainer, which totals $14,447.16 as of the Petition Date.**

In re   **USASF LLC, U.S. Auto Sales, Inc., USASF National Corp., USASF**      Case No. _____
**Servicing LLC, U.S. Auto Finance, Inc., U.S. Auto**          Debtor(s)
**Receivables Financing, LLC**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

| **August 25, 2023** | **/s/ G. David Dean** |
|---|---|
| *Date* | **G. David Dean** |
| | *Signature of Attorney* |
| | **Cole Schotz P.C.** |
| | **500 Delaware Avenue** |
| | **Suite 1410** |
| | **Wilmington, DE 19801** |
| | **302-652-3131  Fax: 302-652-3117** |
| | **ddean@coleschotz.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
### District of Delaware

In re    **U.S. Auto Finance, Inc.**_____    Case No. _____

                                            Debtor(s)         Chapter    **7**_____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 25, 2023**_____        **/s/ Mark Houston**_____
                                            **Mark Houston**/**Chief Restructuring Officer**
                                            Signer/Title

Autovest, L.L.C.
26261 Evergreen Rd.
Ste. 390
Southfield, MI 48076

CHAQUITA WIMS
2910 BUFRD DRIVE APT 1106
Buford, GA 30519

CIERRA DOLLARD
2923 Hemingway Highway
Hemingway, SC 29554

Damary Soto
802 North 19th Ave
Phoenix, AZ 85021

DONERRAH HARRINGTON
4714 university road apt e1b
Florence, SC 29506

EQUIFAX INFORMATION SVCS LLC
P.O. Box 71221
Charlotte, NC 28272-1221

Georgia Department of Revenue Taxpayer
Services Division
PO BOX 740321
Atlanta, GA 30374-0321

Insurance Auto Auctions, Inc.
1045 Atlanta Hwy SE
Winder, GA 30680

JCAP Topco, LLC
16 McLeland Rd
Saint Cloud, MN 56303

KEYSTATE CORP MGMT (DE), LLC
PO Box 50102
Henderson, NV 89016

MARVIN HEWATT
P.O. Box 229
Lawrenceville, GA 30046

Mayer Brown
2027 Collection Center Dr.
Chicago, IL 60693-0020

MidCap Financial Trust
7255 Woodmont Ave
Suite 300
Bethesda, MD 20814

Peritus Portfolio Services II, LLC
PO BOX 141419
Irving, TX 75014-1419

Plaza Services
110 Hammond Drive
Suite 110
Atlanta, GA 30328

Quantum3 Group, LLC
12006 - 98th Ave NE, Suite 200
Kirkland, WA 98034

Recovery Management Solutions LLC
485 Cayuga Rd
Cheektowaga, NY 14225

Shaw Systems Associates, LLC
Attn: Chris Shaw, CEO
6200 Savoy, Suite 100
Houston, TX 77036

TALX CORPORATION EQUIFAX VERIFICATION
SERVICES
4076 PAYSPHERE CIRCLE
Chicago, IL 60674-4076

THOMAS P SHIPPEE
PO Box 461
New Castle, NH 03854

Toppan Merrill Llc
PO Box 74007295
Chicago, IL 60674

TRANS UNION, LLC
PO Box 99506
Chicago, IL 60693-9506

Troutman Pepper Hamilton Sanders LLP
600 Peachtree St NE
Suite 3000
Atlanta, GA 30308

U.S. Auto Sales, Inc.
1855 Satellite Blvd, Suite 100
Duluth, GA 30097

USASF LLC
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

USASF National Corp.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

USASF Servicing LLC
1855 Satellite Blvd.
Suite 100
Duluth, GA 30097

WELLS FARGO BANK
PO Box 1450
WF 8113
Minneapolis, MN 55485-8113